# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

159581

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                         SC: 159581
                         COA: 341089
CERENO TERILL LOPEZ,          Ingham CC: 17-000451-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



a1204                                              Clerk